NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**S. EDWARD NEISTER,**
*Appellant*

**v.**

**EDEN PARK ILLUMINATION, INC., LARSON ELECTRONICS LLC, FAR UV TECHNOLOGIES, INC., USHIO AMERICA, INC.,**
*Appellees*

---

2024-1374

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00381.

---

## JUDGMENT

---

ABBY PARSONS, Arnold & Porter LLP, Houston, TX, argued for appellant.  Also represented by BRENT P. RAY, Chicago, IL.

CASEY KRANING, Fish & Richardson P.C., Wilmington, DE, argued for appellees.  Also represented by DAVID BRANDON CONRAD, LANCE E. WYATT, JR., Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE and HUGHES, *Circuit Judges,* and FREEMAN, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Beth Labson Freeman, District Judge, United States District Court for the Northern District of California, sitting by designation.